# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2023 WY 24

*October Term, A.D. 2022*

**March 15, 2023**

LOGAN
MACDONALD-KLEINSASSER,

Appellant
(Defendant),

v.

THE STATE OF WYOMING,

Appellee
(Plaintiff).

S-22-0288

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of sexual exploitation of a child.  Wyo. Stat. Ann. § 6-4-303(b)(ii).  The district court imposed a sentence of seven to twelve years.  Appellant filed this appeal to challenge the district court's October 18, 2022, Sentence.

[¶2]    On January 20, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant's *pro se* brief was due for filing on or before March 6, 2023.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Logan MacDonald-Kleinsasser, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Campbell County District Court's October 18, 2022, Sentence, be, and the same hereby is, affirmed.

[¶6]    **DATED** this 15th day of March, 2023.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**